UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

PHYLLIS A. HENSLEY )
)
v. ) NO. 2:04-CV-97
)
COOPER STANDARD AUTOMOTIVE )

**O R D E R**

For the reasons set out in the Memorandum Opinion that accompanies this order, it is hereby **ORDERED** that as follows:

1. The defendant's Motion for Summary Judgment in regard to the plaintiff's Family Medical Leave Act ["FMLA"] claim for failure to advise her that she could take intermittent leave in connection with her physical therapy is **DENIED**.

2. The defendant's Motion for Summary Judgment in regard to the plaintiff's FMLA claim in connection with her exercises is **GRANTED**.

3. The defendant's Motion for Summary Judgment in regard to the plaintiff's retaliation claim is **GRANTED**.

Pursuant to LR16.4 of the Local Rules of the United States District Court for the Eastern District of Tennessee, it is hereby **ORDERED** that this case proceed to mediation within the next sixty (60) days. The parties shall report on the results of mediation on or before October 21, 2005.

All presently scheduled dates, including the final pretrial scheduled for September 14, 2005 and the trial set for September 27, 2005, are **CANCELLED**. If mediation is unsuccessful, a new scheduling order will be entered in this case.

ENTER:

s/J. RONNIE GREER<br>UNITED STATES DISTRICT JUDGE